# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVE CLEMENS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:23-cv-00035-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 7 |

The court has received Plaintiff's "request for interpreter" for mediation. (ECF No. 7.) Plaintiff is not actually asking for an interpreter. It appears Plaintiff is asking that the inmate who helped him prepare the civil rights complaint in his case be allowed to assist in the inmate mediation with him because Plaintiff does not understand "legal[e]se language." Under these circumstances, the court will permit Plaintiff to have the assistance of inmate Timothy H. Johnson (#23766) at Lovelock Correctional Center to help Plaintiff at the mediation in this case. The inmate helper, however, may not serve as counsel or advocate for Plaintiff at the mediation.

**IT IS SO ORDERED.**

DATED: March 14, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1