# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVE CLEMENS,

    Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants

Case No.: 3:23-cv-00035-MMD-CSD

**Order**

Re: ECF Nos. 30, 31

    Before the court are: (1) Plaintiff's motion for an order compelling Defendants to provide their mandatory disclosures (ECF No. 30); and (2) Plaintiff's motion for an order compelling Defendants to answer the amended pleading (ECF No. 31). Defendants filed responses to the motions. (ECF Nos. 33 and 34, respectively.) Plaintiff did not file a reply brief.

    Plaintiff's motion to compel Defendants to provide their mandatory disclosures (ECF No. 30) is **DENIED**. The scheduling order was entered in this matter on September 28, 2023. (ECF No. 28.) It required Defendants to produce their mandatory disclosures within 30 days of the date of that order, or by October 30, 2023 (since the 30-day deadline fell on a Saturday).

    In their response, Defendants indicate that they provided their mandatory disclosures on November 1, 2023. Defendants' mandatory disclosures were produced two days late. In the future, Defendants shall timely comply with the court's orders or risk facing sanctions. In any event, Defendants have provided their mandatory disclosures, and Plaintiff's motion to compel their production is moot. Plaintiff is also reminded that if there is a discovery dispute, he is required under the Federal Rules of Civil Procedure, the Local Rules and the scheduling order entered in this case to engage in a meet and confer session to undertake a good faith effort to

resolve the dispute *before* filing a discovery motion. In addition, any discovery motion must include a declaration setting for the details and results of the meet and confer conference about each disputed discovery request. A failure to comply with this requirement may result in denial of a discovery motion.

Plaintiff's motion to compel Defendants to file a response to the amended pleading (ECF No. 31) is also **DENIED**.

The First Amended Complaint (FAC) was filed on June 9, 2023. (ECF No. 17.) Defendants filed their answer to the FAC on August 29, 2023. (ECF No. 19.) Defendants have already filed their responsive pleading; therefore, there is nothing to compel.

**IT IS SO ORDERED**.

Dated: December 1, 2023

_____
Craig S. Denney
United States Magistrate Judge