UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVE CLEMENS,<br><br>                        Plaintiff,<br><br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                        Defendants. | 3:23-cv-00035-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 48, 49 |

Before the court are Plaintiff's Motion to Exceed Page Limits and Plaintiff's Motion to Amend Complaint. (ECF Nos. 48, 49.) Plaintiff states that he has identified the true names of the Doe Defendants named in his Complaint pursuant to the court's Screening Order. Defendants have filed a Non-Opposition to Plaintiff's motions. (ECF No. 55.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Exceed Page Limits and Plaintiff's Motion to Amend Complaint (ECF Nos. 48, 49) are **GRANTED**. The Clerk of Court shall detach Plaintiff's Second Amended Complaint (ECF No. 49-1) from the motion and file it next in order.

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint is the operative complaint. The Clerk of Court shall send Plaintiff a courtesy copy.

**IT IS FURTHER ORDERED** that Defendants Brian Eggerton, Rosselle Donnelly, Erin Parks and Sarah Rushton are substituted for the Doe Defendants named in Plaintiff's Complaint. (*See*, Screening Order, ECF No. 4 at 8.)

**IT IS FURTHER ORDERED** that within **twenty (20) days** from the date of this Order, the Attorney General's Office shall file a notice advising the court and Plaintiff whether it will accept

service for each of the Defendants. If there is any Defendant for whom the Attorney General's Office does not accept service, the Attorney General's Office shall file the last known address for such Defendant(s) under seal (but shall not serve the inmate Plaintiff). If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide a last known physical address. If a last known address is filed under seal for any Defendant, the court will request that the U.S. Marshal Service attempt service on the Defendant at that address.

**IT IS FURTHER ORDERED** that if there is a Defendant for whom the Attorney General's Office does not accept service, and there is no last known address, or the U.S. Marshal is unsuccessful in serving the Defendant at the last known address provided, Plaintiff shall file a motion identifying the unserved Defendant(s), requesting issuance of a summons, and specifying the full name as well as an address for the defendant(s).

**IT IS FURTHER ORDERED** that if the Attorney General accepts service for any Defendant, such Defendant shall file and serve an answer or other response to Plaintiff's Second Amended Complaint within **forty-five (45) days** from the date of this Order.

**IT IS FURTHER ORDERED** that service must be perfected within ninety (90) days from the date of this Order pursuant to Fed. R. Civ. P. 4(m).

DATED:  April 1, 2024.



_____
UNITED STATES MAGISTRATE JUDGE

2