UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVE CLEMENS,<br><br>                Plaintiff,<br><br>    v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00035-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant **Sarah Rushton**, who is no longer an employee of the Nevada Department of Corrections. (ECF No. 59.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 60.)

The Clerk shall ISSUE a summons for **Sarah Rushton** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 60.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint (ECF No. 58), and this order to the U.S. Marshal for service on Defendant Rushton. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **June 28, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: April 23, 2024.

_____
UNITED STATES MAGISTRATE JUDGE