1  AARON D. FORD
     Attorney General
2  VICTORIA C. COREY (Bar No. 16364)
     Deputy Attorney General
3  NATHAN M. CLAUS (Bar No. 15889)
     Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
6  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
7  Email: vcorey@ag.nv.gov

8  *Attorneys for Defendants*
   *Kara LeGrand, Tim Garrett,*
9  *Dana Marks, Brian Egerton,*
   *Rosselle Donnely, and Erin Parks*

10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| DAVE CLEMENS, | Case No. 3:23-cv-00035-MMD-CSD |
|---|---|
| Plaintiff, | ORDER GRANTING |
| v. | **Stipulation and Order for Dismissal with Prejudice** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Plaintiff, Dave Clemens, and Defendants, Kara LeGrand, Tim Garrett, Dana Marks, Brian Egerton, Rosselle Donnely, and Erin Parks, by and through counsel, Aaron D. Ford, Nevada Attorney General, Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this ___ of December, 2024.    DATED this 19th of December, 2024.

By: /s/ Dave Clemens
Dave Clemens, #31625
*Plaintiff, pro se*

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

IT IS SO ORDERED.

Dated this 20th day of December 2024.

_____
U.S. District Judge

1

**CERTIFICATE OF SERVICE**

2    I certify that I am an employee of the State of Nevada, Office of the Attorney General,

3  and that on December 19,    , 2024, I electronically filed the foregoing **Stipulation and**

4  **Order for Dismissal with Prejudice** via this Court's electronic filing system.  Parties

5  who are registered with this Court's electronic filing system will be served electronically.

6
Dave Clemens, #31625
Southern Nevada Correctional Center
7
P.O. Box 208
Indian Springs, Nevada 89070
8
Email: sncclawlibrary@doc.nv.gov
*Plaintiff, Pro Se*
9

10

11
    /s/ *Kimalee Goldstein*
    an employee of the
12
    Office of the Nevada Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28